IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.   # 1:09CR463

ERIS ARGUERA

### SUPPLEMENTAL SENTENCING MEMO

   Comes Now the Defendant, by counsel, and represents to the Court that the undersigned was mistaken in raising the jurisdictional issue on June 25, 2010.  In that regard, the Defendant will not file any further pleading and requests to proceed to sentencing on July 9, 2010 at 2:00 p.m.

                                                       Eris Arguera
                                                       by counsel

_____s_____
Jerome P. Aquino
Va. Bar No. 21656
Attorney for Eris Arguera
Law Offices of Jerome P. Aquino
5901 Kingstowne Village Parkway, #302
Alexandria, Virginia 22315-5883
(703) 549-1131
Fax 703-549-5750
jeromeaquino@vacoxmail.com

2

<u>Certificate of Service</u>

    I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 28th day of June, 2010, which will send a notification of such filing (NEF) to the following:  to Morris R. Parker, Jr., Assistant U.S. Attorney, 2100 Jamieson Avenue, Alexandria, Virginia 22314.

                                                                 _____s_____
                                                         Jerome P. Aquino
                                                         Va. Bar No. 21656
                                                         Attorney for Eris Arguera
                                                         Law Offices of Jerome P. Aquino
                                                         5901 Kingstowne Village Parkway, #302
                                                         Alexandria, Virginia 22315-5883
                                                         (703) 549-1131
                                                         Fax 703-549-5750
                                                         jeromeaquino@vacoxmail.com