Query Reports Utilities Help Log Out

INTERPRETER

# U.S. District Court
# Southern District of Iowa (Central)
# CRIMINAL DOCKET FOR CASE #: 4:26-mj-00428-WPK-1

| | |
|---|---|
| Case title: USA v. Arguera | Date Filed: 09/02/2026 |
| Other court case number: 1:09-cr-463-1 Eastern District of Virginia | Date Terminated: 09/04/2026 |

---

Assigned to: Magistrate Judge William P. Kelly

**Defendant (1)**

**Eris Arguera**
*Spanish Interpreter Needed*
*TERMINATED: 09/04/2026*

represented by **Mackenzi Nash**
FEDERAL PUBLIC DEFENDERS OFFICE
400 LOCUST STREET
SUITE 340
DES MOINES, IA 50309-2353
515-309-9610
Email: mackenzi_nash@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Supervised Release Violation | |

---

**Plaintiff**

**USA**

represented by **Amy L. Jennings**
UNITED STATES ATTORNEY'S OFFICE - DSM
210 WALNUT STREET
SUITE 455
DES MOINES, IA 50309
515-473-9325
Email: amy.jennings2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government - Federal*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2026 | 10 | TRANSFER OUT LETTER as to Eris Arguera: emailed to VAED. (mrc) (Entered: 09/04/2026) |
| 09/03/2026 | 9 | COMMITMENT TO ANOTHER DISTRICT and granting 7 Motion for Detention as to Eris Arguera (1). Signed by Magistrate Judge William P. Kelly on 9/3/2026. (mrc) (Entered: 09/03/2026) |
| 09/03/2026 | 8 | Waiver of Rule 32.1 Hearing by Eris Arguera. (mrc) (Entered: 09/03/2026) |
| 09/03/2026 | 7 | ORAL MOTION for Detention by USA as to Eris Arguera. (mrc) (Entered: 09/03/2026) |
| 09/03/2026 | 6 | RULE 5 ORDER as to Eris Arguera. Signed by Magistrate Judge William P. Kelly on 9/3/2026. (mrc) (Entered: 09/03/2026) |
| 09/03/2026 | 5 | ORDER APPOINTING COUNSEL and granting 4 Motion to Appoint Counsel as to Eris Arguera (1). Signed by Magistrate Judge William P. Kelly on 9/3/2026. (mrc) (Entered: 09/03/2026) |
| 09/03/2026 | 4 | ORAL MOTION to Appoint Counsel as to Eris Arguera. (mrc) (Entered: 09/03/2026) |
| 09/03/2026 | 3 | Minute Entry for proceedings held before Magistrate Judge William P. Kelly: Initial Appearance - Rule 32.1 as to Eris Arguera held on 9/3/2026. Interpreter: Ernest Nino-Murcia. (Court Reporter FTR Gold.) (mrc) (Entered: 09/03/2026) |
| 09/02/2026 | 2 | TEXT ORDER SETTING INITIAL APPEARANCE as to Eris Arguera: Initial Appearance - Rule 32.1 set for 9/3/2026 at 04:00 PM in Des Moines - Room 530 - 5th Floor Southwest before Magistrate Judge William P. Kelly. Signed by Magistrate Judge William P. Kelly on 9/2/2026.(mrc) (Entered: 09/02/2026) |
| 09/02/2026 | | Spanish Interpreter needed in case as to Eris Arguera. (vr) (Entered: 09/02/2026) |
| 09/02/2026 | 1 | Rule 32.1 Documents Received from the VAED as to Eris Arguera. (mrc) (Entered: 09/02/2026) |
| 09/02/2026 | | Arrest (Rule 32.1) of Eris Arguera from charges pending in the Eastern District of Virginia. (mrc) (Entered: 09/02/2026) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
123 East Walnut Street
Des Moines, Iowa 50309
Tel: (515) 284-6248

**WESTERN DIVISION**
2146 27th Avenue
Council Bluffs, Iowa 51501
(712) 328-0283

**EASTERN DIVISION**
131 East 4th Street, Suite 150
Davenport, Iowa 52801
(563)884-7607

Eastern District of Virginia

Transfer of ☐ Criminal Case or ☑ Magistrate Case

SDIA Case No. 4:26-mj-00428-WPK-1 Case Title: USA v. Eris Arguera 1-09-cr-463-1

Dear Sir/Madam:

**Pursuant to F.R.CR.P. 5:**
☑ This is an electronically filed case and the documents are available through Pacer
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other

**Pursuant to ☐ F.R.CR.P. 20 / ☐ F.R.CR.P. 21:**
☐ This is an electronically filed case and the documents are available through Pacer.
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction** ☐ Supervised Release ☐ Probation
☐ This is an electronically filed case and the documents are available through Pacer.
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other

****Note: Documents filed on or after November 1, 2004 are available electronically through PACER.**
Electronically filed documents can be retrieved by using your court's PACER account .

Sincerely,

Clerk, U.S. District Court

By /s/ M. Clothier
Deputy Clerk

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the address listed below and provide the case number assigned in your district:

Iasd_casemanagers@iasd.uscourts.gov

Clerk, U.S. District Court

Date

By:
Deputy Clerk

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

United States of America
v.
Eris Arguera
*Defendant*

Case No. 4:26-mj-00428-WPK-1

Charging District's Case No. 1-09-cr-463-001

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of Virginia, *(if applicable)* Alexandria division. The defendant may need an interpreter for this language: Spanish interpreter needed .

The defendant: ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: September 3, 2026

*Judge's signature*

William P. Kelly, U.S. Magistrate Judge

*Printed name and title*